```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 36605
   BOBBIE JEAN PATE
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

       Debtor
   SSN XXX-XX-2764

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/04/2004 and was confirmed 12/22/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/20/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
CCO MORTGAGE             CURRENT MORTG         .00              .00            .00
CCO MORTGAGE             CURRENT MORTG         .00              .00            .00
CCO MORTGAGE             CURRENT MORTG         .00              .00            .00
BANK ONE                 UNSEC W/INTER    NOT FILED            .00            .00
ROUNDUP FUNDING LLC      UNSEC W/INTER      2028.27          154.89         2028.27
BANK ONE                 NOTICE ONLY      NOT FILED            .00            .00
CHASE MANHATTAN BANK     UNSEC W/INTER       134.01           10.12          134.01
CAPITAL ONE SERVICES     UNSEC W/INTER    NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER      2783.25          212.54         2783.25
CATHERINES               UNSEC W/INTER    NOT FILED            .00            .00
DRS GIRGIS & ASSOC       UNSEC W/INTER       479.50           37.29          479.50
CHARMING SHOPPES FASHION UNSEC W/INTER       180.11           14.61          180.11
HOME DEPOT               UNSEC W/INTER    NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER      1586.93          121.19         1586.93
ECAST SETTLEMENT CORP    UNSEC W/INTER       305.51           24.27          305.51
J C PENNEY               UNSEC W/INTER    NOT FILED            .00            .00
NORTHERN IL EMERG & OCC  UNSEC W/INTER    NOT FILED            .00            .00
PATHOLOGY CHP S C        UNSEC W/INTER    NOT FILED            .00            .00
SAMS CLUB                UNSEC W/INTER    NOT FILED            .00            .00
SUBURBAN ANESTHESIA ASSO UNSEC W/INTER    NOT FILED            .00            .00
SUBURBAN ANESTHESIA ASSO NOTICE ONLY      NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER       183.72           14.84          183.72
ECAST SETTLEMENT CORP    UNSEC W/INTER       509.80           39.68          509.80
CREDIT UNION 1           UNSEC W/INTER      1970.76          150.49         1970.76
CREDIT UNION 1           UNSEC W/INTER      2810.43          214.63         2810.43
JENNIFER A BLANC DOUGE   DEBTOR ATTY         500.00                          500.00
TOM VAUGHN               TRUSTEE                                             908.27
DEBTOR REFUND            REFUND                                              101.89

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 36605 BOBBIE JEAN PATE
```

```
--------------------------------------------------------------------------------
TRUSTEE                                      15,477.00

PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                       12,972.29
    INTEREST                                                       994.55
ADMINISTRATIVE                                                     500.00
TRUSTEE COMPENSATION                                               908.27
DEBTOR REFUND                                                      101.89
                                          ---------------   ---------------
TOTALS                                       15,477.00          15,477.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/28/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE



                         PAGE   2
         CASE NO. 04 B 36605 BOBBIE JEAN PATE